IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE ABNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv950-MHT |
| | ) | (WO) |
| ALABAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who at the time was incarcerated in the Chilton County Jail, filed this lawsuit complaining that, after he requested a preliminary hearing in his criminal case, his attorney waived the hearing without consulting him, and the judge accepted the agreement without ensuring plaintiff's consent. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice because plaintiff failed to comply with the court's directive to notify the court immediately of any change in his address, and because

plaintiff's whereabouts are presently unknown and this case cannot proceed without his involvement.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of June, 2026.

　　　　　　　　　　__/s/ Myron H. Thompson__
　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2