IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE ABNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv950-MHT |
| | ) | (WO) |
| ALABAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 8) is adopted.

(2) This lawsuit is dismissed without prejudice because plaintiff failed to comply with the court's directive to notify the court immediately of any change in his address, and because plaintiff's whereabouts are presently unknown and this case cannot proceed without his involvement.

(3) Plaintiff's motion for leave to amend the complaint (Doc. 5) is denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of June, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2